AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia
### Newport News Division

**ORIGINAL**

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:23mj76 |
| BRIAN CARROL HOLLIS | ) |
| Defendant | ) |

RECEIVED UNITED STATES MARSHAL
2023 OCT -4  P 2:0[?]
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BRIAN CARROL HOLLIS**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Coercion and Enticement, in violation of 18 U.S.C. § 2252A(a)(2)

Date: Oct. 4, 2023

_____
*Issuing officer's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* October 4, 23 and the person was arrested on *(date)* October 4, 23
at *(city and state)* Newport News, VA.

Date: 10-4-23

_____
*Arresting officer's signature*

Heather Call, Task Force Officer
*Printed name and title*